**00–1961.   State ex rel. McGee v. McGough.**
In Mandamus. On complaint in mandamus by Jerrye D. McGee. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–2067.   State ex rel. Klein v. Ohio Parole Bd.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–2074.   State ex rel. Tanner v. Hitchman.**
In Procedendo. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–2114.   State ex rel. Frieson v. Ohio Adult Parole Auth.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–2129.   State ex rel. Cobler v. Ohio Adult Parole Auth.**
In Habeas Corpus. On petition for writ of habeas corpus by Richard L. Cobler. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–2221.   Jefferson v. Haviland.**
In Habeas Corpus. On petition for writ of habeas corpus by Sell Jefferson. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–2233.   Campbell v. Ganshiemer.**
In Habeas Corpus. On petition for writ of habeas corpus by Anthony Campbell. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–2269.   State ex rel. Taylor v. Fedders.**
In Habeas Corpus. On petition for writ of habeas corpus by David Taylor. *Sua sponte,* cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MOTION DOCKET

**99–1249.   State v. Gross.**
Muskingum C.P. No. CT96055. On *pro se* motion for removal of counsel and *pro se* motion to remand to court of appeals for appointment of new counsel. Motions denied.